14753

McNULTY v. OWENS, MAYOR, *ET AL.*

(199 S. E., 425)

378

382

384

386

388

*Messrs. McKay & Manning,* for appellant,

*Messrs. Paul A. Cooper,* for respondent, City of Columbia, and *Robinson & Robinson,* for respondent, Columbia Housing Authority,

October 13, 1938.

*Per curiam.*

While we have considered with care the questions raised in this case, we do not deem it necessary to add anything to what Judge Bellinger has said in his decree. His order, the result of which we approve, is sustained generally by the authorities cited therein. We may say, however, that we are impressed with the very strong argument filed by counsel for the appellant, there being much in favor of some of the contentions made.

The circuit decree, which will be reported, is affirmed.

MR. CHIEF JUSTICE STABLER and MESSRS. JUSTICES BONHAM, BAKER and FISHBURNE and MR. ACTING ASSOCIATE JUSTICE LIDE concur.

MR. JUSTICE CARTER did not participate on account of illness.